

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

DEC **1 3** 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

HAROLD PRICE and PATRICIA A PRICE

Appellants

Vs.

LAFAVER FIBERGLASS CORP. AND BOBBY
JOE LAFAVER, individually

Appellees

Supreme Court Case 120315
Wagoner County Case CJ-2017- 214
U.S. District Court Case

CIV 23- 419- JFH

## APPEAL ON MATTERS OF FEDERAL LAW AS TO THE OVERREACH OF STATE COURTS

### COMPLAINT
===============

Appellants are residents of Wagoner County, City of Broken Arrow, Oklahoma, Citizens of the United States and entitled to the protections of the U.S. Constitution. Appellants have been locked in battle, not with Appellees, but with the State Courts. The State Courts operating under color of State Law have absolutely refused to honor Citizen Constitutional rights in their decision making process.

### INTRODUCTORY STATEMENT
============================

1. Appellants over a period of six years in dealing with the trial court, appellant court, and state supreme court, not a clerk nor a judge has suggested that the matter should go to trial in accordance with the seventh amendment.

2. The state courts have introduced summary judgment, counter claims, attorney fees, gag orders, immunity, items not covered in the Constitution.      Page 1

3. The use of counter claims and attorneys fees are being used to deny Appellants first amendment rights. The courts have ruled under the fifth amendment a citizen cannot be punished for the use of the protections afforded to a citizen under the Constitution.

4. There are only two places in the amendments where compensation is provided, first amendment provides for redress and the fifth amendment provides for compensation if something is taken from a citizen.

5. The thirteenth amendment prohibits conspiracy to interfere with the exercise of the enjoyment of Constitutional rights, prohibits the holding of a person in a condition of involuntary servitude. Involuntary servitude means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury, or the use or threat of coercion through law or the legal process.

6. The Oklahoma Constitution states that the actual law of the land is the U. S. Constitution, yet the state courts have refused to honor the U. S. Constitution.

7. The Oklahoma Bar Asso. has stated that a jury trial is required for due process.

8. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection on the laws.  Fourteenth Amendment

9. Thirteenth Amendment, peonage has been ruled to be unconstitutional by the U.S. Supreme Court.

10. The fifth amendment provides for fair procedures and protection of fundamental rights. Other protections are also provided

11. In Trop v Dulles the U.S. Supreme Court held that the use of denationalization

(the deprivation of citizenship) as a punishment is barred by the Eight Amendment.

The court reasoned that when someone is denationalized, there is the total destruction

of the individuals status in organized society. It destroys the individuals political existence

that was centuries in development.

## CITIZENSHIP HAS BEEN DENIED TO APPELLANTS

12. Appellants received instructions from the Supreme Court, appellants followed the

instructions provided by the court only to have the Court ignore its own instruction.

The courts of the state ignored statutory law, casè law, and Constitutional law in addition

to the instruction given to appellants.

13. All courts of the state favored arbitrary and capricious decisions.

14. The courts of the state hated Pro Se litigants.

15. Courts of the state ignored all pleadings from this Pro Se citizen.

16. Courts had no respect for Appellants as citizens of the state and country.

17. Trial court stated that constitutional rights had no place in court.

## PARTIES, JURISDICTION AND VENUE

18. The causes of action in this matter are based on violations of Appellants rights

under the Bill of Rights, amendments 13 and 14 of the U.S.Constitution and Appellants

right for redress under 42 USC 1983.

## ABUSE OF PROCESS, OBSTRUCTION OF JUSTICE

19. Order from the Supreme Court filed 12/04/23 named judges, KAUGER, WINCHESTER, EDMONDSON, COMBS, GURICH, DARBY and KUEHN.

20. CONCUR IN PART/DISSENT IN PART: KANE, C.J., and ROWE, V.C.J.

ROWE, V.C.J., with whom, Kane, C.J., joins concurring in part and dissenting in part.

21. Trial court judge KIRKLEY

22. All of the above named judges are citizens of the State of Oklahoma.

## VIOLATION OF FEDERAL STATUTORY INSTRUCTION

23. 42 U.S.C. 1988 is one of the statutes requiring state courts to modify common law in order to protect citizen civil rights.

24. RICO and Clayton act are two of sixty acts by congress to encourage citizen participation in the judicial process.

25. The U.S. Supreme Court has instructed state courts to use Federal statutes where necessary to protect citizens rights.

26. Fed. Rule Civ. Pro. 8(a)(2), indicates that a basic objective of the rules is to avoid civil cases turning on technicalities.

27. Oklahoma strongly adheres to the American Rule that prevailing-party attorney fees are not recoverable in the absence of a statute or enforceable contract. *Morgan v Galilean Health Enter., Inc* In *Sisney v Smalley* the court reversed a reward of attorney fees where counterclaims asserted, it was held that there was no statutory authority for fees.

## CIVIL RIGHTS INCLUDE THE ENSURING OF PEOPLES PHYSICAL
## AND MENTAL INTEGRITY, LIFE AND SAFETY

28. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. 1343 to secure

protection of and redress deprivations of rights secured by the Bill of Rights and

amendments thirteen and fourteen of the United States Constitution as enforced by 42

U.S.C. 1983, which provides for the protection of all persons in their civil rights and the

redress of deprivation of rights under color of law.

29. The jurisdiction of this Court is also invoked under 28 U.S.C. 1331 to resolve a

controversy arising under the Constitution and laws of the United States, particularly

the Bill of Rights, amendments thirteen and fourteen of the U.S. Constitution and

42 U.S.C. 1983.

30. This Court has supplemental jurisdiction over the state law claims asserted herein

pursuant to 28 U.S.C. 1367, since the claims form part of the same controversy arising

under the United States Constitution and federal law.

31. Venue is proper under 28 U.S.C. 1391(b) because a substantial part of the events or

omissions giving rise to Appellants claims occurred in this District.

## STATEMENT OF FACTS

32. Received order from the Supreme Court dated 12/04/23 denying Certiorari, denied

Attorney fee claim and granted Attorney fee claim based on a State case law ruling. State

judges cannot rewrite State statutory laws or State established policy.

33. The denial of Certiorari let stand a counter claim award of 80,000 dollars against Appellants for using Appellants First amendment rights. Such a claim is not in the Constitution and therefore is unconstitutional and is being abused in its use.

34. The judge of the court that awarded the award never stated how he arrived at the amount as the illegal business has never made that must money.

35. The Covid-Virus had more to do with the loss of business, if any as the fiberglass shop has no employees. And its main function is to pollute denying Appellants the use of their property.

## CAUSES OF ACTION

36. Appellants have been denied their Constitutionally Protected Guaranteed rights as citizens of the United States. Congress made that a crime under section nine.

37. The purpose of the first amendment redress clause is to guarantee that all government must answer to the citizen. There is no immunity provided.

38. At the time of complained events Appellants were free persons, had a clearly established Constitutional right under the above mention amendments to expect the State courts to honor those rights.

39. The State courts allowed attorneys to take the action away from the Petition as filed with the trial court and deny Appellants there seventh amendment right to a jury trial and move the action to an unconstitutional fifth amendment taking through the unconstitutional use of summary judgment.

40. The above named judges exercise an arbitrary and capricious set of rules that are so onerous or burdensome that they effected an uncompensated taking of property.

41. As a direct proximate result of the unlawful conduct of the State court judges failure to honor Appellants U.S. Constitutional rights and the rights guaranteed by the Oklahoma State Constitution, Appellants have suffered, mental and physical pain and suffering and other damages and losses caused directly by the unlawful conduct.

42. Appellants are entitled to damages on claims brought pursuant to 42 U.S.C. 1983 as the State court judges conduct, acts and omissions alleged herein constitute reckless or callous indifference to Appellants federally protected rights.

43. The United States Supreme Court has ruled that employees must be trained in the Constitutional requirements in order to avoid violations.

44. The inadequate training demonstrates a deliberate indifference on the part of the State Court judges toward persons with whom officials come into contact and there is a direct causal link between the constitutional deprivation and the inadequate training.

## PRAYER FOR RELIEF

45. Appellant prays that this court will not leave the U.S. Constitution burning on the steps of the state courts. We the people only have two places in which to exercise citizen Constitutional authority, the voting box and trial by jury, as the courts are not friendly to a Pro Se citizen litigant  Appellant prays that this court find the courage to stand with the Constitution of the United States. Declare summary judge, counter claims, attorney fees, gag orders, qualified immunity, judicial immunity as unconstitutional Return the legal process to the simple and fair procedures required by the fifth amendment and equal treatment under the law as required by the fourteenth amendment.

Put a stop to the practice of attorneys using summary judgment and attorneys fee awards

to force a Citizen litigant into the bankruptcy courts. Stop the practice of judges picking

winners and losers against reason and evidence.  Stop the practice of judges giving awards

that are not in the Constitution. The only justifiable awards are covered in the first and

fifth amendment of the U.S. Constitution. Stop the injustice of the courts punishing a

Citizen for the use of their Constitutional Authority. Issue a Stay of Proceeding.

Respectfully Submitted,

Harold Price, Appellant Po Se
19951 Old Hwy 51
Broken Arrow, Okla. 74014
Cell 702-278-0284

## CERTIFICATE OF MAILING

I, hereby certify that a true and correct copy of the above document was mailed the _12th_ day of _Dec_, 2023 by depositing it in the U.S. Mail, postage prepaid to the following name and address:

Joel LaCourse, attorney for defense
715 S. Elgin Suite 100
Tulsa, Oklahoma 74120

I further certify that a copy of the above document was mailed to, or filed in, the Office of the Court Clerk of Wagoner County on the _12_ day of _Dec_ 2023.

I further certify that a copy of the above document was mailed the _12_ day of _Dec_ 2023 by depositing it in the U.S. Mail postage prepaid to the Supreme Court.

Harold Price, Petitioner, Pro Se

# EXHIBITS

## INSTRUCTION FROM THE SUPREME COURT

## OPINION OF THE SUPREME COURT

## WAGONER COUNTY COURT DOCKET




FILED
SUPREME COURT
STATE OF OKLAHOMA

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA     NOV 26 2019

Tuesday, November 26, 2019     JOHN D. HADDEN
CLERK

THE CLERK IS DIRECTED TO ENTER THE FOLLOWING ORDER OF THE COURT:

**118,429** -   Harold Price et al. v. LaFaver Fiberglass Corp. et al.

> The Court notes the absence of an appealable order attached to appellants' petition in error. An order titled "Court Minute" is not a judgment, decree, or appealable order for the purpose of starting the time to appeal. To commence an appeal from an order of the district court, appellants must attach a final, memorialized order in proper form prepared in conformance with 12 O.S. § 696.3. *See also* 12 O.S. § 696.2(D); *Corbit v. Williams*, 1995 OK 53, ¶ 9, 897 P.2d 1129, 1131; *Mansell v. City of Lawton*, 1994 OK 75, ¶ 3, 877 P.2d 1120, 1121.

> For this appeal to proceed, appellants must obtain an Order signed by the trial judge, memorializing the trial court's ruling of November 12, 2019 that sustained the defendants' motion for summary judgment. Appellants must file the Order in the trial court in Wagoner County, and then obtain a certified copy of the Order.

> Appellants are directed to file, **no later than December 5, 2019**, an amended petition in error—with a signed and certified copy of a final order in appealable form—or this appeal may be dismissed as premature pursuant to 12 O.S. § 990A(F) and Oklahoma Supreme Court Rule 1.26.

> Appellees shall file their response no later than 20 days after the filing of the amended petition in error.

_____
CHIEF JUSTICE



# ORIGINAL

## IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

HAROLD PRICE and PATRICIA A. )
PRICE, )
)
    Appellants, )
)
v. )   No. 120,315
)
LaFAVER FIBERGLASS CORP., an )
Oklahoma corp.; and BOBBY JOE )
LaFAVER, individually, )
)
    Appellees. )

FILED
SUPREME COURT
STATE OF OKLAHOMA

DEC - 4 2023

JOHN D. HADDEN
CLERK

Rec'd (date) 12·4·23
Posted _____ JM _____
Mailed _____ JM _____
Distrub. _____ JM _____
Publish _____ yes _X_ no

### ORDER

Appellants' Amended Petition for Certiorari is denied.

Appellees' Application for Appeal-Related Attorney Costs is denied. Okla.Sup.Ct.R. 1.14(A)(2), 12 O.S. Appx. 1 (OSCN 2023). Appellees' Application for Appeal-Related Attorney Fees is granted. 20 O.S. §15.1 (OSCN 2023). Appellants' appeal was without merit. Further, Appellants repeatedly submitted unauthorized filings to this Court and failed to comply with this Court's rules. This matter is remanded to the trial court for the purpose of conducting an evidentiary hearing to determine the amount of appellate attorney fees to be awarded to Appellees. 12 O.S. §696.4(C) (OSCN 2023); *State ex rel. Burk v. City of Okla. City*, 1979 OK 115, 598 P.2d 659.

    DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 4th DAY OF DECEMBER, 2023.

_____
*Acting* CHIEF JUSTICE

CONCUR: KAUGER, WINCHESTER, EDMONDSON, COMBS, GURICH, DARBY
    and KUEHN, JJ.
CONCUR IN PART/DISSENT IN PART: KANE, C.J., and ROWE, V.C.J.
    Rowe, V.C.J., with whom Kane, C.J., joins concurring in part and
    dissenting in part:
        " I would deny fees."

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>WAGONER COUNTY</u>, OKLAHOMA

PRICE, HAROLD et al VS. LA FAVER FIBERGLASS CORP et al

**No. CJ-2017-00214**
**(Civil relief more than $10,000: BREACH AGREEMENT/CONTRACT)**

Filed: 07/19/2017

Judge: KIRKLEY, DOUGLAS

# PARTIES

PRICE, PATRICIA A, Plaintiff
PRICE, HAROLD, Plaintiff
LA FAVER, BOBBY JOE, Defendant
LA FAVER FIBERGLASS CORP, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
| --- | --- |
| KEEN, ZACHARY<br>715 S ELGIN AVE, SUITE 100<br>TULSA, OK 74120 | |
| LACOURSE, JOEL A<br>715 S ELGIN AVE, STE 100<br>TULSA, OK 74120 | |

# EVENTS

| Event | Party | Docket | Reporter |
| --- | --- | --- | --- |
| Monday, October 2, 2017 at 09:00:00.000 CDT<br>XCIVIL DOCKET SHEPHERD | | | |
| Monday, December 4, 2017 at 09:00:00.000 CST<br>XCIVIL DOCKET SHEPHERD | | | |

Monday, July 16, 2018 at 09:00:00.000 CDT
  XCIVIL DOCKET SHEPHERD

Tuesday, October 2, 2018 at 10:00:00.000 CDT
  CIVIL DOCKET HUNTER

Tuesday, November 27, 2018 at 10:00:00.000 CST
  CIVIL DOCKET HUNTER

Tuesday, January 8, 2019 at 10:00:00.000 CST
  CIVIL DOCKET HUNTER

Tuesday, February 5, 2019 at 10:00:00.000 CST
  CIVIL DOCKET HUNTER

Monday, March 4, 2019 at 09:00:00.000 CST
  CIVIL DOCKET KIRKLEY

Monday, April 22, 2019 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, June 24, 2019 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, July 15, 2019 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, September 9, 2019 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Tuesday, September 10, 2019 at 09:00:00.000 CDT
  CIVIL JURY SOUNDING DOCKET

Tuesday, October 29, 2019 at 13:30:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, January 27, 2020 at 09:00:00.000 CST
  JURY TRIAL DOCKET

Monday, March 2, 2020 at 09:00:00.000 CST
  CIVIL DOCKET KIRKLEY

Monday, April 6, 2020 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Tuesday, April 21, 2020 at 15:00:00.000 CDT
  CIVIL JURY SOUNDING DOCKET

Monday, June 1, 2020 at 09:00:00.000 CDT
  JURY TRIAL DOCKET

Tuesday, September 15, 2020 at 15:00:00.000 CDT
  CIVIL JURY SOUNDING DOCKET

Tuesday, December 15, 2020 at 15:00:00.000 CST
  CIVIL JURY SOUNDING DOCKET

Tuesday, April 6, 2021 at 15:00:00.000 CDT
  CIVIL JURY SOUNDING DOCKET

Tuesday, August 24, 2021 at 15:00:00.000 CDT
  CIVIL JURY SOUNDING DOCKET

Tuesday, December 14, 2021 at 15:00:00.000 CST
  CIVIL JURY SOUNDING DOCKET

Tuesday, January 18, 2022 at 09:00:00.000 CST
  CIVIL DOCKET KIRKLEY

Monday, January 24, 2022 at 09:00:00.000 CST
  JURY TRIAL DOCKET

Monday, April 4, 2022 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, April 4, 2022
  COURT ORDER

Monday, April 4, 2022
  JOURNAL ENTRY OF JUDGMENT

Monday, June 20, 2022 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, August 1, 2022 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, October 17, 2022 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, October 24, 2022 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, November 7, 2022 at 09:00:00.000 CST
  CIVIL DOCKET KIRKLEY

Monday, February 27, 2023 at 09:00:00.000 CST
  CIVIL DOCKET KIRKLEY

Monday, March 27, 2023 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Monday, April 24, 2023 at 09:00:00.000 CDT
  CIVIL DOCKET KIRKLEY

Tuesday, September 26, 2023 at 15:00:00.000 CDT
  CIVIL JURY SOUNDING DOCKET

Wednesday, October 25, 2023 at 09:00:00.000 CDT
  JURY TRIAL DOCKET

Tuesday, January 9, 2024 at 15:00:00.000 CST
  CIVIL JURY SOUNDING DOCKET

# ISSUES

1. BREACH AGREEMENT/CONTRACT

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 07/19/2017 | [ TEXT ] | | | $ 163.00 |
| | | PETITION ($10,001 OR MORE) | | |
| | | Document Available (#1034746532) ⬚TIFF  ⬚PDF | | |
| | | (Entry with fee only) | | $ 6.00 |

| | |
|---|---|
| (Entry with fee only) | $ 7.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $ 25.00 |
| LENGTHY TRIAL FUND FEE | $ 10.00 |
| OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| COURTHOUSE SECURITY FEE | $ 10.00 |
| 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |

**07/19/2017  [ TEXT ]**                                                                                    $ 10.00

ISSUE SUMMONS
Document Available (#1034748104) ☐TIFF   ☐PDF

**07/19/2017  [ TEXT ]**

ENTRY OF APPEARANCE AND NOTICE OF SERVICE
Document Available (#1034747865) ☐TIFF   ☐PDF

**08/11/2017  [ TEXT ]**

ORIGINAL SUMMONS & RETURN - BOBBY JOE LA FAVER SERVED
Document Available (#1034745134) ☐TIFF   ☐PDF

7/31/17

**08/15/2017  [ TEXT ]**

ANSWER
Document Available (#1034746299) ☐TIFF   ☐PDF

**08/31/2017  [ TEXT ]**

MOTION TO DISMISS ANSWER OF DEFENDANT
Document Available (#1034724688) ☐TIFF   ☐PDF

**09/06/2017  [ TEXT ]**

ORDER FOR HEARING
Document Available (#1034724809) ☐TIFF   ☐PDF

**10/02/2017  [ TEXT ]**

DS/MIN 10-02-17 CIV DKT (SHEPHERD): PL NP; DEF NP;

STRICKEN FROM DOCKET

**11/07/2017  [ TEXT ]**

ALIAS ORDER FOR HEARING
Document Available (#1034721547) ☐TIFF   ☐PDF

**12/04/2017  [ TEXT ]**

DS/MIN 12-04-17 CIV DKT (SHEPHERD): PL PR W/COUNSEL

C.BAKER; RESP PR W/O COUNSEL; MTN TO DISMISS ANSWER OF

DEF LA FAVER FIBERGLASS CORP SUSTAINED; DEF GRANTED 20

DAYS TO ANSWER; DISCOVERY REQUEST SERVED ON DEF'S IN

**12/22/2017  [ TEXT ]**

ENTRY OF APPEARANCE
Document Available (#1034724212) 🗎TIFF    🗎PDF

**12/22/2017  [ TEXT ]**

DEFENDANTS' ANSWER
Document Available (#1034721759) 🗎TIFF    🗎PDF

**06/07/2018  [ TEXT ]**

PLAINTIFF'S MOTION FOR AN ORDER TO ENFORCE COMPLIANCE
Document Available (#1034626551) 🗎TIFF    🗎PDF

WITH THE MEDIATION AGREEMENT OF 5-21-15

**06/08/2018  [ TEXT ]**

ORDER FOR HEARING 7/16/18 @ 9 A.M.
Document Available (#1034629273) 🗎TIFF    🗎PDF

**07/05/2018  [ TEXT ]**

APPLICATION TO AMEND DEFT'S ANSWER AND COUNTERCLAIMS
Document Available (#1034634927) 🗎TIFF    🗎PDF

**07/05/2018  [ TEXT ]**

AMENDED ANSWER AND COUNTERCLAIMS
Document Available (#1034634989) 🗎TIFF    🗎PDF

**07/05/2018  [ TEXT ]**

DEFT'S RESPONSE TO PLTF'S MOTION FOR AN ORDER TO
Document Available (#1034634591) 🗎TIFF    🗎PDF

ENFORCE COMPLIANCE WITH THE MEDIATION AGREEMENT OF MAY

21, 2915

**07/16/2018  [ TEXT ]**

DS/MIN 07-16-18 CIV DKT (SHEPHERD): PR PR BY CLIFTON

BAKER; RESP PR BY LACOURSE LAW OFFICE; PTC SET FOR

10-02-18 @ 10AM

**07/24/2018  [ TEXT ]**

ORDER GRANTING LEAVE TO AMEND ANSWER & COUNTERCLAIM
Document Available (#1034638686) 🗎TIFF    🗎PDF

**08/29/2018  [ TEXT ]**

APPLICATION FOR EMERGENCY EX PARTE TEMPORARY
Document Available (#1034651898) 🗎TIFF    🗎PDF

RESTRAINING ORDER AND GAG ORDER

**10/11/2018  [ TEXT ]**

D/S OF 10-2-18 (SHOOK) PTC PASSED BY AGREEMENT TO

11-27-18 @ 10:00 A.M.

**11/13/2018  [ TEXT ]**

APPLIACTION TO WITHDRAW - CLIFTON BAKER
Document Available (#1034545935) 🗎TIFF    🗎PDF

[ TEXT ]

ORDER ALLOWING ATTORNEY TO WITHDRAW
Document Available (#1034547756) ☐TIFF    ☐PDF

**11/26/2018   [ TEXT ]**

APPLICATION FOR WRIT OF MANDAMUS
Document Available (#1034550031) ☐TIFF    ☐PDF

**11/27/2018   [ TEXT ]**

DEFENDANTS' MOTION FOR ORDER COMPELLING DISCOVERY
Document Available (#1034550933) ☐TIFF    ☐PDF

**11/27/2018   [ TEXT ]**

D/S OF 11-27-18 (SHOOK) PLAINTIFFS APPEARED PRO SE;

ATTY DREW GIDDENS APPEARED FOR THE DEFENDANTS; PTC

PASSED TO 1-8-19 @ 10:00 A.M.

**11/29/2018   [ TEXT ]**                                                                                     $ 50.00

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Document Available (#1034552147) ☐TIFF    ☐PDF

**12/07/2018   [ TEXT ]**

MEMORANDUM IN SUPPORT OF ORDER OF MANDAMUS
Document Available (#1034552232) ☐TIFF    ☐PDF

**12/10/2018   [ TEXT ]**

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY
Document Available (#1034552320) ☐TIFF    ☐PDF

JUDGMENT & REQUEST FOR ATTORNEY FEES

**01/02/2019   [ TEXT ]**

ENTRY OF APPEARANCE, WAYNE BAILEY ATTY FOR PLAINTIFFS
Document Available (#1034559649) ☐TIFF    ☐PDF

**01/10/2019   [ TEXT ]**

D/S OF 1-8-19 (SHOOK) ATTY JOEL LACOURSE'S OFFC CALLED;

CASE PASSED BY AGREEMENT TO 2-5-19 @ 10:00 A.M.;

PLAINTIFFS APPEARED AND WERE NOTIFIED OF NEW PTC

DATE

**01/16/2019   [ TEXT ]**

MINUTE ORDER: PRE-TRIAL CONFERENCE ON 2/5/19 STRICKEN,
Document Available (#1034565372) ☐TIFF    ☐PDF

MOTION TO COMPEL & MOTION FOR SUMMARY JUDGMENT PENDING

**01/22/2019   [ TEXT ]**

MOTION TO WITHDRAW AS ATTORNEY OF RECORD
Document Available (#1034565013) ☐TIFF    ☐PDF

**01/28/2019   [ TEXT ]**

ENTRY OF APPEARANCE & NOTICE FOR SERVICE
Document Available (#1034568520) ☐TIFF    ☐PDF

[ TEXT ]

CERT OF GOOD FAITH ATTEMPTS TO RESOLVE DISCOVERY
Document Available (#1034566957) 🗎TIFF    🗎PDF

DISPUTE

**01/28/2019  [ TEXT ]**

PLAINTIFF'S RESPONSE TO DEFENDANTS RESPONSE TO
Document Available (#1034568185) 🗎TIFF    🗎PDF

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**01/28/2019  [ TEXT ]**

ORDER AUTHORIZING WITHDRAWAL
Document Available (#1034566590) 🗎TIFF    🗎PDF

**01/29/2019  [ TEXT ]**

NOTICE OF ATTORNEY'S LIEN
Document Available (#1034566009) 🗎TIFF    🗎PDF

**02/05/2019  [ TEXT ]**

ORDER FOR HEARING 3/4/19 @ 9 A.M.
Document Available (#1034569147) 🗎TIFF    🗎PDF

**03/04/2019  [ TEXT ]**                                                    $ 20.00

COURT REPORTER FEE

**03/04/2019  [ TEXT ]**

DS/MIN 03-04-19 CIV DKT (KIRKLEY): PL PR; RESP PR BY
Document Available (#1034577035) 🗎TIFF    🗎PDF

JOEL LACOURSE; G.WATKINS REPORTING; HRG ON PL MSJ HELD;

PL MSJ DENIED; PL ORDERED TO COMPLETE DISCOVERY;

PROTECTIVE ORDER CONTINUED AND MERGED; PTC PER

APPLICATION

**03/11/2019  [ TEXT ]**

LETTER FROM PLAINTIFF
Document Available (#1034578562) 🗎TIFF    🗎PDF

**03/22/2019  [ TEXT ]**

TEMPORARY INJUNCTION
Document Available (#1034581623) 🗎TIFF    🗎PDF

**03/22/2019  [ TEXT ]**

ORDER FOR HEARING
Document Available (#1034580971) 🗎TIFF    🗎PDF

**03/26/2019  [ TEXT ]**

NOTICE OF FILING TRANSCRIPT OF PROCEEDINGS HAD ON
Document Available (#1034584062) 🗎TIFF    🗎PDF

3/26/19 BEFORE JUDGE DOUGLAS KIRKLEY (IN FILE, NOT

SCANNED)

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO TEMPORARY
Document Available (#1034588945) ⃞TIFF  ⏹PDF

INJUNCTION

---

**04/10/2019  [ TEXT ]**

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION TO
Document Available (#1034586394) ⃞TIFF  ⏹PDF

TEMPORARY INJUNCTION

---

**04/22/2019  [ TEXT ]**

DS/MIN 04-22-19 CIV DKT (KIRKLEY): PET PR W/O COUNSEL;

RESP PR BY COUNSEL J.LACOURSE; REPORTER WAIVED; HRG

CONDUCTED; TEMP INJUNCTION DENIED; APPL FOR PRETRIAL

06-24-19 @ 9AM

---

**04/22/2019  [ TEXT ]**

DEFENDANT'S 2ND AMENDED RESPONSE TO PLAINTIFF'S MOTION
Document Available (#1034593470) ⃞TIFF  ⏹PDF

TO TEMPORARY INJUNCTION

---

**04/22/2019  [ TEXT ]**

APPLICATION FOR PRE-TRIAL CONFERENCE
Document Available (#1034593395) ⃞TIFF  ⏹PDF

---

**04/26/2019  [ TEXT ]**

ORDER SETTING HEARING FOR PRETRIAL CONFERENCE
Document Available (#1034592421) ⃞TIFF  ⏹PDF

---

**04/29/2019  [ TEXT ]**

PLAINTIFF'S RESPONSE TO DEFENDANT'S 2ND AMENDED

RESPONSE TO PLAINTIFFS MOTION TO TEMPORARY INJUNCTION
Document Available (#1034594326) ⃞TIFF  ⏹PDF

---

**06/24/2019  [ TEXT ]**

DS/MIN 06-24-19 CIV DKT (KIRKLEY): PET PR W/O COUNSEL;
Document Available (#1034610500) ⃞TIFF  ⏹PDF

RESP PR BY J.LACOURSE; PRETRIAL PASSED TO 07-15-19 @

9AM; EPO TO REMAIN IN EFFECT

---

**07/15/2019  [ TEXT ]**

DS/MIN 07-15-19 CIV DKT (KIRKLEY): PET PR; RESP PR BY
Document Available (#1034546774) ⃞TIFF  ⏹PDF

COUNSEL J.LACOURSE; PET OJBECTS TO PRETRIAL ORDER; DEF

PRESENTED PRETRIAL ORDER WHICH WAS SIGNED; CONFERENCE

CONDUCTED; JSD 09-10-19 @ 1:30PM FOR JURY TRIAL IN

FEBRUARY

---

**07/15/2019  [ TEXT ]**

PRE-TRIAL CONFERENCE ORDER
Document Available (#1034546286) ⃞TIFF  ⏹PDF

PROPOSED PRE-TRIAL CONFERENCE ORDER

Document Available (#1034546300) 🗋TIFF    🅰PDF

**07/16/2019  [ TEXT ]**

COURT MINUTE

Document Available (#1034547698) 🗋TIFF    🅰PDF

**07/17/2019  [ TEXT ]**

MOTION FOR RULING ON STRICT LIABILITY

Document Available (#1034548344) 🗋TIFF    🅰PDF

**07/31/2019  [ TEXT ]**

ORDER FOR HEARING - 9/9/19 @9:00 AM

Document Available (#1034529510) 🗋TIFF    🅰PDF

**08/01/2019  [ TEXT ]**

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULING

Document Available (#1034532925) 🗋TIFF    🅰PDF

ON STRICT LIABILITY

**08/02/2019  [ TEXT ]**                                                                                $ 50.00

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT & BRIEF

Document Available (#1034529241) 🗋TIFF    🅰PDF

IN SUPPORT

**08/06/2019  [ TEXT ]**

PLAINTIFF'S RESPONSE TO DEFENDANT'S RESPONSE TO

Document Available (#1034531247) 🗋TIFF    🅰PDF

PLAINTIFF'S MOTON FOR RULING ON STRICT LIABILITY

**08/12/2019  [ TEXT ]**

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR PARTIAL

Document Available (#1034530976) 🗋TIFF    🅰PDF

SUMMARY JUDGMENT

**08/14/2019  [ TEXT ]**

DEF'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEF'S

Document Available (#1034529375) 🗋TIFF    🅰PDF

RESPONSE TO PLAINTIFF'S MOTION FOR RULING ON STRICT

LIABILITY

**08/15/2019  [ TEXT ]**

REBUTAL TO DEFENDANT'S CLAIM THAT PLAINTIFF'S RESPONSE

Document Available (#1034528847) 🗋TIFF    🅰PDF

TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION ON STRICT

LIABILITY CONSTITUTES A REPLY BRIEF

**09/09/2019  [ TEXT ]**                                                                                $ 20.00

COURT REPORTER FEE

**09/09/2019  [ TEXT ]**

DS/MIN 09-09-19 CIV DKT (KIRKLEY): PET PR W/O COUNSEL;

RESP PR BY J.LACOURSE, G.WATKINS REPORTING; MTN FOR

RULING ON STRICT LIABILITY DENIED; STRICT LIABILITY

INSTRUCTION DENIED; JSD STRICKEN; JURY TRIAL 01-27-20

DOCKET; MSJ 10-29-19 @ 1:30PM

---

**09/20/2019   [ TEXT ]**

BRIEF IN SUPPORT OF PLAINTIFF'S OBJECTION TO
Document Available (#1034509665) 🗋TIFF    🅿PDF

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**10/02/2019   [ TEXT ]**

MOTION TO STRIKE PLAINTIFF'S OBJECTION TO DEFENDANT'S
Document Available (#1034512464) 🗋TIFF    🅿PDF

MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**10/11/2019   [ TEXT ]**

PLAINTIFF'S RIGHT TO HAVE ALL COUNTS OF PLAINTIFF'S
Document Available (#1034511985) 🗋TIFF    🅿PDF

PARTITION HEARD BY A JURY AS REQUIRED BY CONSTITUTIONAL

AMENDMENT 1 & 7 & ANSWER TO DEFENDANTS MOTION TO STRIKE

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR PARTIAL

SUMMARY JUDGMENT

---

**10/29/2019   [ TEXT ]**                                                    $ 20.00

COURT REPORTER FEE

---

**10/30/2019   [ TEXT ]**

DS/MIN 10-29-19 CIV DKT (KIRKLEY): PET PR; RESP PR BY

COUNSEL J.LACOURSE; G.WATKINS REPORTING; ARGUMENTS

MADE; RULING UNDER ADVISEMENT

---

**11/14/2019   [ TEXT ]**

COURT MINUTE
Document Available (#1034512475) 🗋TIFF    🅿PDF

---

**11/22/2019   [ TEXT ]**                                                    $ 200.00

PETITION IN ERROR
Document Available (#1034505059) 🗋TIFF    🅿PDF

---

**11/22/2019   [ TEXT ]**

DESIGNATION OF RECORD FOR APPEAL FROM DISTRICT COURT
Document Available (#1034503745) 🗋TIFF    🅿PDF

---

**11/25/2019   [ TEXT ]**                                                    $ -5.00

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                                         $ 5.00

---

**11/25/2019   [ TEXT ]**

ORDER
Document Available (#1034503736) 🗋TIFF    🅿PDF

---

| [ TEXT ] |
|---|

APPLICATION FOR ATTORNEY FEES & COSTS
Document Available (#1034504648) ☐TIFF  ☒PDF

| 11/29/2019  [ TEXT ] | $ -1.25 |
|---|---|

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

| AJE: COST DUE TO CARD ALLOCATION FEE | $ 1.25 |
|---|---|

**12/02/2019  [ TEXT ]**

PLAINTIFFS RESPONSE TO DEFENDANTS APPLICATION FOR
Document Available (#1034505247) ☐TIFF  ☒PDF

ATTORNEY FEES & COSTS

**12/02/2019  [ TEXT ]**

CERTIFICATE OF APPEAL
Document Available (#1034503044) ☐TIFF  ☒PDF

**12/02/2019  [ TEXT ]**

ORDER FROM SUPREME COURT
Document Available (#1034503404) ☐TIFF  ☒PDF

**12/10/2019  [ TEXT ]**

AMENDED APPLICATION FOR ATTORNEY FEES & COSTS
Document Available (#1034504868) ☐TIFF  ☒PDF

**12/11/2019  [ TEXT ]**

ANSWER TO AMENDED APPLICATION FOR ATTORNEY FEES
Document Available (#1034503656) ☐TIFF  ☒PDF

**01/22/2020  [ TEXT ]**

DEFENDANT BOBBY JOE LA FAVER FIBERGLASS CORPORATION'S
Document Available (#1034475226) ☐TIFF  ☒PDF

MOTION IN LIMINE

**01/27/2020  [ TEXT ]**

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONS IN LIMINE
Document Available (#1034506094) ☐TIFF  ☒PDF

**01/27/2020  [ TEXT ]**

DEFENDANTS LA FAVER FIBERGLASS CORPORATION AND BOBBY
Document Available (#1034474743) ☐TIFF  ☒PDF

JOE LA FAVER'S PROPOSED JURY INSTRUCTION

**01/31/2020  [ TEXT ]**

PLAINTIFF'S POSITION STATEMENT
Document Available (#1034474884) ☐TIFF  ☒PDF

**02/03/2020  [ TEXT ]**

PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED JURY
Document Available (#1034474935) ☐TIFF  ☒PDF

INSTRUCTION

MOTION FOR STATUS HEARING

Document Available (#1034474116) 🗋TIFF   🅰PDF

---

**02/11/2020  [ TEXT ]**

ORDER SETTING HEARING

Document Available (#1034474964) 🗋TIFF   🅰PDF

---

**02/12/2020  [ TEXT ]**

DS/MIN 01-27-20 JT DKT (KIRKLEY): JURY TRIAL DOCKET

FULL; MURDER CASE TO GO ALL WEEK; CASE PASSED FOR

STATUS ON 04-06-20 @ 9AM

---

**02/18/2020  [ TEXT ]**

MOTION FOR SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF

Document Available (#1034474036) 🗋TIFF   🅰PDF

---

**02/21/2020  [ TEXT ]**

MANDATE - DISMISSED

Document Available (#1034474745) 🗋TIFF   🅰PDF

---

**02/21/2020  [ TEXT ]**

ORDER

Document Available (#1034475405) 🗋TIFF   🅰PDF

---

**02/24/2020  [ TEXT ]**

OBJECTION TO MOTION FOR STATUS CONFERENCE

Document Available (#1034473995) 🗋TIFF   🅰PDF

---

**02/24/2020  [ TEXT ]**

REQUEST FOR HEARING

Document Available (#1034474733) 🗋TIFF   🅰PDF

---

**02/25/2020  [ TEXT ]**

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY

Document Available (#1034475073) 🗋TIFF   🅰PDF

JUDGMENT

---

**02/26/2020  [ TEXT ]**

ORDER SETTING HEARING

Document Available (#1034475290) 🗋TIFF   🅰PDF

---

**03/02/2020  [ TEXT ]**                                                                    $ 20.00

COURT REPORTER FEE

---

**03/02/2020  [ TEXT ]**

DS/MIN 03-02-20 CIV DKT (KIRKLEY):PET PR;RESP PR

W/COUNSEL J LACOURSE; ARGUMENTS CONDUCTED; STATUS

CONDUCTED; PET MST DENIED; ATTY FEES AND COST RUA; EPO

CONTINUED; JSD 4/21/20 @ 3PM; AMBER SANDERS REPORTING

---

**03/03/2020  [ TEXT ]**                                                                    $ 50.00

DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Document Available (#1034475707) 🗋TIFF   🅰PDF

ORDER
Document Available (#1034475800) 🗎TIFF   🗎PDF

___

**03/10/2020  [ TEXT ]**

PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION FOR PARTIAL
Document Available (#1034474525) 🗎TIFF   🗎PDF

SUMMARY JUDGMENT ON ABUSE OF PROCESS AND MALICIOUS

PROSECUTION

___

**03/16/2020  [ TEXT ]**                                                         $ 200.00

PETITION IN ERROR
Document Available (#1034474275) 🗎TIFF   🗎PDF

___

**03/16/2020  [ TEXT ]**

DESIGNATION OF RECORD FOR APPEAL FROM DISTRICT COURT
Document Available (#1034475198) 🗎TIFF   🗎PDF

___

**03/17/2020  [ TEXT ]**                                                         $ -5.00

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                             $ 5.00

___

**03/19/2020  [ TEXT ]**

APPLICATION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT
Document Available (#1034474223) 🗎TIFF   🗎PDF

OF LA FAVER FIBERGLASS CORP, & BOBBY JOU FAVER'S MOTION

FOR PARTIAL SUMMARY JUDGMENT

___

**03/23/2020  [ TEXT ]**

CERTIFICATE OF APPEAL
Document Available (#1034475771) 🗎TIFF   🗎PDF

___

**03/25/2020  [ TEXT ]**

ORDER GRANTING DEFENDANTS LA FAVER FIBERGLASS
Document Available (#1034474781) 🗎TIFF   🗎PDF

CORPORATION AND BOBBY JOE LA FAVER'S APPLICATION FOR

LEAVE TO FILE A REPLY

___

**04/01/2020  [ TEXT ]**

DEFENDANT'S RESPONSE TO PLAINTIFF'S ANSWER TO
Document Available (#1034475144) 🗎TIFF   🗎PDF

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON

ABUSE OF PROCESS AND MALICIOUS PROSECUTION CLAIMS

___

**04/03/2020  [ TEXT ]**

PLAINTIFF'S REBUTTAL TO DEFENDANT'S RESPONSE TO
Document Available (#1034458600) 🗎TIFF   🗎PDF

PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION FOR PARTIAL

SUMMARY JUDGMENT ON ABUSE OF PROCESS & MALICIOUS

PROSECUTION CLAIMS

[ TEXT ]

MOTION TO STRIKE PLAINTIFF'S REBUTTAL TO DEFENDANT'S
Document Available (#1034456180) 🗎TIFF    🅐PDF

RESPONSE TO PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION

FOR SUMMARY JUDGMENT ON ABUSE OF PROCESS AND MALICIOUS

PROSECUTION CLAIMS

**04/16/2020 [ TEXT ]**

PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO STRIKE OF
Document Available (#1034456877) 🗎TIFF    🅐PDF

4/14/20

**04/17/2020 [ TEXT ]**

DS/MIN 4-21-20 JSD (KIRKLEY): PASS BY ORDER OF THE

SUPREME COURT THAT ALL CASES BE PASSED DUE TO

CORONAVIRUS; PASS TO 9-15-2020 @ 3PM

**04/21/2020 [ TEXT ]**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE
Document Available (#1034458472) 🗎TIFF    🅐PDF

**06/08/2020 [ TEXT ]**

RESPONSE TO PETITION IN ERROR
Document Available (#1034457540) 🗎TIFF    🅐PDF

**06/11/2020 [ TEXT ]**

MOTION FOR LEAVE TO SUBMIT APPELLATE BRIEF
Document Available (#1034456633) 🗎TIFF    🅐PDF

**06/15/2020 [ TEXT ]**

ORDER FROM THE SUPREME COURT
Document Available (#1034456604) 🗎TIFF    🅐PDF

**08/03/2020 [ TEXT ]**

EMAIL FROM DANIEL MOORE REQUESTING TRANSMITTAL OF
Document Available (#1034448490) 🗎TIFF    🅐PDF

APPEAL RECORD

**08/05/2020 [ TEXT ]**

CERT MAIL RECEIPT - APPEAL RECORD MAILED TO CLERK OF
Document Available (#1034447826) 🗎TIFF    🅐PDF

THE APPELLATE COURT ON 8-5-2020

**08/10/2020 [ TEXT ]**

RETURNED CERT MAIL- SIGNED ON 8/7/20
Document Available (#1034447135) 🗎TIFF    🅐PDF

**08/10/2020 [ TEXT ]**

CERT MAIL RECEIPT
Document Available (#1034447872) 🗎TIFF    🅐PDF

CERT MAIL RECEIPT
Document Available (#1034450613) 🗋TIFF   🅰PDF

---

**09/15/2020  [ TEXT ]**

DS/MIN CIVIL JSD 9-15-20 (KIRKLEY): PASS DUE TO

COVID-19; PASS JSD TO 12-15-20 @ 3PM

---

**12/09/2020  [ TEXT ]**

APPEAL REVERSED
Document Available at Court Clerk's Office

---

**12/15/2020  [ TEXT ]**

DS/MIN 12-15-20 CIVIL JSD (KIRKLEY): EMAILED ATTY

J.LACOURSE; PHONED H.PRICE; PASS DUE TO COVID-19/ADMIN

ORDER; PASS TO 4-6-21 @ 3PM

---

**01/04/2021  [ TEXT ]**

MANDATE/REVERSED
Document Available (#1034414405) 🗋TIFF   🅰PDF

---

**01/04/2021  [ TEXT ]**

APPEAL REVERSED
Document Available (#1034413987) 🗋TIFF   🅰PDF

---

**01/14/2021  [ TEXT ]**

LETTER FROM HAROLD PRICE
Document Available (#1034415619) 🗋TIFF   🅰PDF

---

**02/22/2021  [ TEXT ]**

MOTION TO STRIKE LETTER FROM HAROLD PRICE
Document Available (#1034413740) 🗋TIFF   🅰PDF

---

**02/23/2021  [ TEXT ]**

ORDER GRANTING DEFENDANT'S MOTION TO STRIKE
Document Available (#1034415431) 🗋TIFF   🅰PDF

---

**02/26/2021  [ TEXT ]**

DISCRETION OF THE COURT LIMITED BY CONSTITUTION
Document Available (#1034415996) 🗋TIFF   🅰PDF

MOTION TO VACATE JUDGMENT FOR LACK OF JURISDICTION

---

**03/01/2021  [ TEXT ]**

CERTIFICATE OF MAILING
Document Available (#1034416066) 🗋TIFF   🅰PDF

---

**03/11/2021  [ TEXT ]**

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO VACATE
Document Available (#1034413819) 🗋TIFF   🅰PDF

JUDGMENT FOR LACK OF JURISDICTION

---

**03/15/2021  [ TEXT ]**

PLAINTIFF'S ANSWER TO DEFENDANT'S RESPONSE TO
Document Available (#1034414625) 🗋TIFF   🅰PDF

PLAINTIFF'S MOTION TO VACATE JUDGMENT FOR LACK OF

JURISDICTION

**03/16/2021  [ TEXT ]**

ORDER DENYING PLAINTIFF'S MOTION TO VACATE JUDGMENT FOR
Document Available (#1034401165) 🗎TIFF   🅰PDF

LACK OF JURISDICTION

**03/24/2021  [ TEXT ]**

CERTIFICATE OF MAILING
Document Available (#1034401574) 🗎TIFF   🅰PDF

**03/26/2021  [ TEXT ]**

MOTION FOR CONTINUANCE
Document Available (#1034400826) 🗎TIFF   🅰PDF

**04/06/2021  [ TEXT ]**

DS/MIN 4-6-21 CIV JSD (KIRKLEY): MTN FOR CONT GRANTED

DUE TO MEDICAL REASONS OVER ATTY LACOURSE OBJECTION;

PASS TO JSD ON 8-24-21 @ 3PM

**04/06/2021  [ TEXT ]**

COURT MINUTE
Document Available (#1034401284) 🗎TIFF   🅰PDF

**04/07/2021  [ TEXT ]**

DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR
Document Available (#1034398307) 🗎TIFF   🅰PDF

CONTINUANCE

**04/12/2021  [ TEXT ]**

PLAINTIFF'S STATEMENT OF FACT OVER DEFENDANT'S
Document Available (#1034400809) 🗎TIFF   🅰PDF

OBJECTION TO PLAINTIFF'S MOTION FOR CONTINUANCE

**08/04/2021  [ TEXT ]**

MOTION TO DISMISS PROTECTION ORDER FOR FAILURE TO
Document Available (#1034357791) 🗎TIFF   🅰PDF

COMPLLY WITH TITLE 22-60.2

**08/04/2021  [ TEXT ]**

MOTION TO STRIKE
Document Available (#1034355870) 🗎TIFF   🅰PDF

**08/16/2021  [ TEXT ]**

MOTION FOR INJUNCTION
Document Available (#1034357591) 🗎TIFF   🅰PDF

**08/20/2021  [ TEXT ]**

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE
Document Available (#1034356075) 🗎TIFF   🅰PDF

| 08/20/2021 | [ TEXT ] | |
|---|---|---|

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS

Document Available (#1034355793) ⬜TIFF  🅐PDF

PROTECTIVE ORDER FOR FAILURE TO COMPLY WITH TITLE §

22-60.2

| 08/24/2021 | [ TEXT ] | $ 20.00 |
|---|---|---|

COURT REPORTER

| 08/24/2021 | [ TEXT ] |
|---|---|

DS/MIN 8-24-21 CIV JSD (KIRKLEY): PET PR PRO SE; DEF PR

BY ATTY J.LACOURSE; MTN: RULING ON BRIEF; JSD RESET TO

12-14-21 @ 3PM

| 09/03/2021 | [ TEXT ] |
|---|---|

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR AND

Document Available (#1034356156) ⬜TIFF  🅐PDF

INJUNCTION

| 09/13/2021 | [ TEXT ] |
|---|---|

PLAINTIFF'S ANSWER TO DEFENDANT'S RESPONSE TO

Document Available (#1034355522) ⬜TIFF  🅐PDF

PALINTIFF'S MOTION TO STRIKE

| 09/13/2021 | [ TEXT ] |
|---|---|

PLAINTIFF'S TRUTH VERSES THE FALSE NARRATIVE OF

Document Available (#1034356411) ⬜TIFF  🅐PDF

DEFENDANT CONCERNING PLAINTIFF'S MOTION FOR INJUCTION

| 09/13/2021 | [ TEXT ] |
|---|---|

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO

Document Available (#1034356608) ⬜TIFF  🅐PDF

DISMISS PROTECTIVE ORDER

| 09/27/2021 | [ TEXT ] |
|---|---|

DEFENDANT'S SUR-REPLY TO PLAINTIFF'S TRUTH VERSES THE

Document Available (#1034356336) ⬜TIFF  🅐PDF

FALSE NARRATIVE OF DEFENDANT CONCERNING PLAINTIFF'S

MOTION FOR INJUNCTION

| 09/27/2021 | [ TEXT ] |
|---|---|

DEFENDANTS' SUR-REPLY TO PLAINTIFF'S ANSWER TO

Document Available (#1034356446) ⬜TIFF  🅐PDF

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

| 09/27/2021 | [ TEXT ] |
|---|---|

DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MEMORANDUM IN

Document Available (#1034357441) ⬜TIFF  🅐PDF

SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PROTECTIVE

ORDER

PLAINTIFF'S REPLY TO DEFENDANT'S SUR-REPLY TO

Document Available (#1034357719) 🗎TIFF    📄PDF

PLAINTIFF'S MOTION TO STRIKE

---

**09/28/2021  [ TEXT ]**

PLAINTIFF'S REPLY TO DEFENDANT'S SUR-REPLY TO

Document Available (#1034355483) 🗎TIFF    📄PDF

PLAINTIFF'S MOTION FOR INJUNCTION

---

**09/28/2021  [ TEXT ]**

PLAINTIFF'S REPLY TO DEFENDANT'S SUR-REPLY ON

Document Available (#1034356627) 🗎TIFF    📄PDF

PLAINTIFF'S MOTION TO DISMISS PROTECTIVE ORDER

---

**10/05/2021  [ TEXT ]**

ORDER DENYING MOTION TO DISMISS PROTECTIVE ORDER FOR

Document Available (#1034357760) 🗎TIFF    📄PDF

FAILURE TO COMPLY WITH TITLE §22-60.2

---

**10/05/2021  [ TEXT ]**

ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY

Document Available (#1034356896) 🗎TIFF    📄PDF

JUDGMENT

---

**10/05/2021  [ TEXT ]**

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR AN

Document Available (#1034355755) 🗎TIFF    📄PDF

INJUNCTION

---

**10/05/2021  [ TEXT ]**

ORDER DENYING PLAINTIFFS' MOTION FOR INJUNCTION

Document Available (#1034357225) 🗎TIFF    📄PDF

---

**10/14/2021  [ TEXT ]**

CERTIFICATE OF MAILING

Document Available (#1034356043) 🗎TIFF    📄PDF

---

**10/29/2021  [ TEXT ]**

AFFIRMATIVE DEFENSES AGAINST DEFENDANT'S ORDER GRANTING

Document Available (#1034347289) 🗎TIFF    📄PDF

PARTIAL SUMMARY JUDGMENT

---

**11/09/2021  [ TEXT ]**

DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' AFFIRMATIVE

Document Available (#1034346041) 🗎TIFF    📄PDF

DEFENSES AGAINST DEFENDANT'S ORDER GRANTING PARTIAL

SUMMARY JUDGMENT

---

**11/15/2021  [ TEXT ]**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

Document Available (#1034345995) 🗎TIFF    📄PDF

---

CERTIFICATE OF SERVICE

Document Available (#1034344175) 🗋TIFF   🅰PDF

---

**12/07/2021  [ TEXT ]**

DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' AFFIRMATIVE

Document Available (#1034347536) 🗋TIFF   🅰PDF

DEFENSES AGAINST DEFENDANT'S ORDER GRANTING PARTIAL

SUMMARY JUDGMENT

---

**12/14/2021  [ TEXT ]**

MOTION FOR CONTINUANCE

Document Available (#1034347155) 🗋TIFF   🅰PDF

---

**12/14/2021  [ TEXT ]**

PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S RIGHT TO

Document Available (#1034348164) 🗋TIFF   🅰PDF

DUE PROCESS AND EQUAL TREATMENT AS GUARANTEED BY THE

RIGHT TO PETITION CLAUSE OF THE FIRST AMENDMENT OF THE

UNITED STATES CONSTITUTION

---

**12/15/2021  [ TEXT ]**

DS/MIN 12/14/21 CIV DKT KIRKLEY:PL PR PRO SE;ATTY

Document Available (#1034343245) 🗋TIFF   🅰PDF

ZACHARY KEEN STANDING IN FOR JOEL LACOURSE;DAMAGE

HEARING SET 1/18/22 @9AM;JURY TRIAL 1/24/22 @9AM

---

**12/22/2021  [ TEXT ]**

PLAINTIFF'S ANSWER TO DEFENDSANT'S MOTION TO STRIKE

Document Available (#1034353683) 🗋TIFF   🅰PDF

PLAINTIFF'S DEMAND FOR DUE PROCESS AND EQUAL

TREATMENT

---

**12/29/2021  [ TEXT ]**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

Document Available (#1034350158) 🗋TIFF   🅰PDF

---

**01/06/2022  [ TEXT ]**

CERTIFICATE OF MAILING

Document Available (#1034350498) 🗋TIFF   🅰PDF

---

**01/18/2022  [ TEXT ]**                                                           $ 20.00

COURT REPORTER FEE

---

**01/19/2022  [ TEXT ]**

DS 1-18-22 CIV DKT KIRKLEY; PL APPEARS PRO SE; ATTY

JOEL LACOURSE APPEARS FOR DEF; DAMAGE HRG HELD; TAKEN

UNDER ADVISEMENT; (AMBER SANDERS REPORTING)

---

**01/21/2022  [ TEXT ]**

DISMISSAL WITHOUT PREJUDICE (TO REFILING COUNTERCLAIMS

Document Available (#1034331882) 🗋TIFF   🅰PDF

INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE,

ASSAULT & BATTERY & BREACH OF CONTRACT)

**01/24/2022 | TEXT |**

DISTRICT COURT, POWER TO VACATE OR MODIFY ITS JUDGMENTS
Document Available (#1034329765) 🗋TIFF 🅐PDF

**01/24/2022 | TEXT |**

DS 1-24-22 JT DKT KIRKLEY; ATTY JOEL LACOURSE APPEARS
Document Available (#1034325313) 🗋TIFF 🅐PDF

FOR DEF; DISMISSED W/O PREJUDICE

**01/24/2022 | TEXT |**

DISMISSAL WITHOUT PREJUDICE
Document Available (#1034326179) 🗋TIFF 🅐PDF

**01/31/2022 | TEXT |**

COURT MINUTE - COST ORDER
Document Available (#1034326635) 🗋TIFF 🅐PDF

**02/08/2022 | TEXT |**

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PLEADING
Document Available (#1034329433) 🗋TIFF 🅐PDF

ENTITLED "DISTRICT COURT, POWER TO VACATE OR MODIFY

ITS JUDGMENTS"

**02/10/2022 | TEXT |**

COURT MINUTE - REINSTATEMENT OF ATTORNEY FEE AWARD TO
Document Available (#1034335195) 🗋TIFF 🅐PDF

DEFENDANT

**02/10/2022 | TEXT |**

MOTION TO DISMISS ALL COUNTERCLAIMS
Document Available (#1034326848) 🗋TIFF 🅐PDF

**02/14/2022 | TEXT |**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE
Document Available (#1034330409) 🗋TIFF 🅐PDF

**02/15/2022 | TEXT |**

DISTRICT COURT MUST FOLLOW MANDATE OF SUPREME COURT
Document Available (#1034329680) 🗋TIFF 🅐PDF

**02/28/2022 | TEXT |**

DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' PLEADING
Document Available (#1034328497) 🗋TIFF 🅐PDF

ENTITLED "DISTRICT COURT MUST FOLLOW MANDATE OF SUPREME

COURT"

**02/28/2022 | TEXT |**

MOTION TO STRIKE PLAINTIFF'S MOTION TO DISMISS ALL
Document Available (#1034331663) 🗋TIFF 🅐PDF

**COUNTERCLAIMS**

**02/28/2022  | TEXT |**

MOTION TO SETTLE JOURNAL ENTRY
Document Available (#1034334777) 🗐TIFF    🅰PDF

**02/28/2022  | TEXT |**

TRIAL COURT MUST FOLLOW THE SUPREME COURT CLAIMS, THAT
Document Available (#1034331535) 🗐TIFF    🅰PDF

COURT CLAIMS PLENARY, INDEPENDENT AND NON-DEFERENTIAL

AUTHORITY TO REEXAMINE THE TRIAL COURTS LEGAL RULINGS

**03/07/2022  | TEXT |**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE
Document Available (#1034329656) 🗐TIFF    🅰PDF

(PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS)

**03/07/2022  | TEXT |**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE (DISTRICT
Document Available (#1034327784) 🗐TIFF    🅰PDF

COURT MUST FOLLOW MANDATE OF SUPREME COURT)

**03/07/2022  | TEXT |**

ORDER (DEFENDANTS' MOTION TO SETTLE JOURNAL ENTRY)
Document Available (#1034328306) 🗐TIFF    🅰PDF

**03/10/2022  | TEXT |**

DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' PLEADING
Document Available (#1034325302) 🗐TIFF    🅰PDF

ENTITLED "TRIAL COURT MUST FOLLOW THE SUPREME COURT

CLAIMS, THAT COURT CLAIMS PLENARY, INDEPENDENT, AND

NON-DEFERENTIAL AUTHORITY TO REEXAMINE THE TRIAL

COURT'S LEGAL RULINGS"

**03/14/2022  | TEXT |**

ORDER GRANTING DEFENDANTS'S MOTION TO STRIKE
Document Available (#1034329187) 🗐TIFF    🅰PDF

**04/04/2022  | TEXT |**                                                        $ 20.00

COURT REPORTER

**04/04/2022  | TEXT |**

DS/MIN 4/4/22 CIV DKT KIRKLEY: PET HAROLD AND PATRICIA

PRICE APPEAR PRO SE; ATTY ZACHARY KEEN APPEARS FOR

RESP; JE SIGNED OVER OBJECTION; A. SANDERS REPORTING

**04/04/2022  | TEXT |**

JOURNAL ENTRY OF JUDGMENT
Document Available (#1034327159) 🗐TIFF    🅰PDF

**04/06/2022  | TEXT |**                                                       $ 200.00

PETITION IN ERROR

ENTRY OF APPEARANCE - PRO SE
Document Available (#1034309144) 🗎TIFF   📄PDF

---

**04/06/2022 [ TEXT ]**

DESIGNATION OF RECORD FOR APPEAL FROM DISTRICT COURT
Document Available (#1034309744) 🗎TIFF   📄PDF

---

**04/07/2022 [ TEXT ]** $ -5.00

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE $ 5.00

---

**04/14/2022 [ TEXT ]**

CERTIFICATE OF APPEAL
Document Available (#1034308657) 🗎TIFF   📄PDF

---

**04/18/2022 [ TEXT ]**

AMENDED CERTIFICATE OF APPEAL
Document Available (#1034312371) 🗎TIFF   📄PDF

---

**04/19/2022 [ TEXT ]**

ORDER FROM SUPREME COURT OF THE STATE OF OKLAHOMA
Document Available (#1034316993) 🗎TIFF   📄PDF

---

**04/25/2022 [ TEXT ]**

ENTRY OF APPEARANCE FOR APPELLEES, LAFAVER FIBERGLASS
Document Available (#1034308405) 🗎TIFF   📄PDF

CORP AND BOBBY JOE LAFAVER - JOEL A LACOURSE

---

**04/25/2022 [ TEXT ]**

ENTRY OF APPEARANCE FOR APPELLEES, LAFAVER FIBERGLASS
Document Available (#1034310106) 🗎TIFF   📄PDF

CORP AND BOBBY JOE LAFAVER - ZACHARY M KEEN

---

**05/16/2022 [ TEXT ]** $ 33.00

APPLICATION FOR ASSET HEARING
Document Available (#1034309983) 🗎TIFF   📄PDF

OCIS FEE EFFECTIVE 7-1-04 $ 25.00

OK COURT APPOINTED SPECIAL ADVOCATES $ 5.00

10% OF CASA TO COURT CLERK REVOLVING FUND $ 0.50

OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND $ 1.55

10% OF COJC TO COURT CLERK REVOLVING FUND $ 0.16

STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES $ 0.45

15% TO DISTRICT COURT REVOLVING FUND $ 0.98

COURT CLERK PRESERVATION FUND $ 10.00

---

**05/16/2022 [ TEXT ]**

COUNTER-DESIGNATION OF RECORD
Document Available (#1034312510) 🗎TIFF   📄PDF

---

**05/17/2022 [ TEXT ]** $ -0.83

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

| | |
|---|---|
| (Entry with fee only) | $ -0.02 |
| (Entry with fee only) | $ -0.63 |
| (Entry with fee only) | $ -0.25 |
| (Entry with fee only) | $ -0.02 |
| (Entry with fee only) | $ -0.13 |
| (Entry with fee only) | $ -0.04 |
| AJE: COST DUE TO CARD ALLOCATION FEE | $ 1.92 |

**05/19/2022 [ TEXT ]**

CITATION (ORDER) TO APPEAR AND ANSWER AS TO ASSETS
Document Available (#1034313233) 🗋TIFF    🅰PDF

**05/19/2022 [ TEXT ]**

APPELLANT'S RESPONSE TO DEFENDANT'S APPLICATION FOR
Document Available (#1034317957) 🗋TIFF    🅰PDF

ASSET HEARING

**05/19/2022 [ TEXT ]**

MOTION FOR STAY OF PROCEEDINGS
Document Available (#1034311652) 🗋TIFF    🅰PDF

**06/02/2022 [ TEXT ]**

RESPONSE TO APPELLANT'S RESPONSE TO DEFENDANT'S
Document Available (#1034312793) 🗋TIFF    🅰PDF

APPLICATION FOR ASSET HEARING

**06/06/2022 [ TEXT ]**

APPELLANTS CALL THE COURTS ATTENTION TO THE FACT THERE
Document Available (#1034310343) 🗋TIFF    🅰PDF

IS NO BASIS FOR AN ASSET HEARING, THERE ARE

CONSTITUTIONAL ISSUES WHICH THE COURT HAS FAILED

RECOGNIZE IN ADDITION TO THE ORDERS OF THE SUPREME

COURT AGAINST ASSET HEARING

**06/09/2022 [ TEXT ]**

AMENDED APPELLANT'S RESPONSE TO DEFENDANT'S APPLICATION
Document Available (#1034307951) 🗋TIFF    🅰PDF

FOR ASSET HEARING

**06/20/2022 [ TEXT ]**

DS/MIN 6/20/22 CIV DKT KIRKLEY: PET APPEARS PRO SE;
Document Available (#1034298992) 🗋TIFF    🅰PDF

ATTY ZACHARY KEEN APPEARS FOR RESP; PL TO FILE BOND PER

STATUTE; PETITION IN ERROR GILED; MTN TO STAY GRANTED

OVER OBJECTION; STATUS 8/1/22 @ 9AM

**07/12/2022 [ TEXT ]**

ORDER
Document Available (#1034299152) 🗋TIFF    🅰PDF

MOTION FOR CONTINUANCE
Document Available (#1034294121) 🗎TIFF    🗎PDF

---

**08/08/2022  [ TEXT ]**

DS/MIN 8/1/22 CIV DKT KIRKLEY: PET HAROLD PRICE PR;

ATTY ZACHARY KEEN PR FOR RESP; PET MTN FOR CONTINUANCE

DENIED; PET TO FILE BOND; ASSET HRG SET 10/17/22 @ 9AM

---

**09/23/2022  [ TEXT ]**

NOTICE OF COMPLETION OF RECORD AND APPEAL INDEX MAILED
Document Available (#1034283218) 🗎TIFF    🗎PDF

THIS DAY TO CLERK OF THE APPELLATE COURTS, HAROLD AND

PATRICIA PRICE AND JOEL LACOURSE

---

**10/17/2022  [ TEXT ]**

DS/MIN 10/17/22 CIV DKT SHOOK FOR KIRKLEY: PET HAROLD

PRICE PHONED; ILL; ATTY ZACHARY KEEN FOR RESP PHONED;

PBA 10/24/22 @ 9AM

---

**10/24/2022  [ TEXT ]**

DS/MIN 10/24/22 CIV DKT KIRKLEY: PET HAROLD PRICE

PHONED; ATTY ZACHARY KEEN PHONED; MR PRICE VERY ILL;

MR. KEEN REQUESTS DOCTORS NOTE FOR ANY FUTURE PASSES;

PBA 11/7/22 @ 9AM

---

**11/02/2022  [ TEXT ]**

BRIEF
Document Available (#1034268680) 🗎TIFF    🗎PDF

---

**11/02/2022  [ TEXT ]**

LETTER FROM HAROLD & PATRICIA PRICE TO JUDGE KIRKLEY
Document Available (#1034268679) 🗎TIFF    🗎PDF

---

**11/02/2022  [ TEXT ]**

WRIT OF PROHIBITION TO PROHIBIT RESPONDENT TRIAL JUDGE
Document Available (#1034268678) 🗎TIFF    🗎PDF

FROM ENFORCING AN IMPROPER JUDGMENT

---

**11/07/2022  [ TEXT ]**                                                                $ 20.00

COURT REPORTER FEE

---

**11/07/2022  [ TEXT ]**

DS/MIN 11/7/22 CIV DKT KIRKLEY: PET HAROLD PRICE
Document Available (#1034268681) 🗎TIFF    🗎PDF

APPEARS PRO SE; ATTY ZACHARY KEEN APPEARS FOR RESP;

ASSET HRG CONDUCTED; MR. PRICE OBJECTED TO ANSWER

QUESTIONS; RESP NOTICE TO FILE CITATION; NO STAY ISSUED

RELEASE OF ATTORNEY LIEN

Document Available (#1034265415) 🗋TIFF    🅐PDF

---

**12/02/2022  [ TEXT ]**

REQUEST TO TRANSMIT RECORD ON APPEAL

Document Available (#1034262039) 🗋TIFF    🅐PDF

---

**12/14/2022  [ TEXT ]**

CERT MAIL RETURN REC - TRUDI CUNNINGHAM SIGNED 12-12-22

Document Available (#1034258576) 🗋TIFF    🅐PDF

---

**01/03/2023  [ TEXT ]**

THIS IS AN APPLICATION TO ASSUME ORIGINAL JURISDICITION

& PETITION FOR WRIT OF PROHIBITION (IN FILE, NOT

SCANNED)

---

**01/11/2023  [ TEXT ]**

NOTICE OF ORIGINAL JURISDICTION SUPREME COURT

Document Available (#1034252916) 🗋TIFF    🅐PDF

PROCEEDING

---

**01/23/2023  [ TEXT ]**

ORDER OF SUPREME COURT

Document Available (#1034251340) 🗋TIFF    🅐PDF

---

**01/26/2023  [ TEXT ]**

APPLICATION FOR ASSET HEARING

Document Available (#1034250507) 🗋TIFF    🅐PDF

---

**01/30/2023  [ TEXT ]**

MOTION TO SUBMIT NEW EVIDENCE

Document Available (#1034250533) 🗋TIFF    🅐PDF

---

**02/02/2023  [ TEXT ]**

CITATION (ORDER) TO APPEAR AND ANSWER AS TO ASSETS

Document Available (#1034251559) 🗋TIFF    🅐PDF

---

**02/02/2023  [ TEXT ]**

RESPONSE TO PLAINTIFFS/APPELLANTS' APPLICATION TO

Document Available (#1034251157) 🗋TIFF    🅐PDF

ASSUME ORIGINAL JURISDICTION FROM THE DISTRICT COURT OF

WAGONER COUNTY, STATE OF OKLAHOMA

---

**02/08/2023  [ TEXT ]**

NEW EVIDENCE THAT SUPPORTS PLAINTIFF'S CLAIMS AND

Document Available (#1034252496) 🗋TIFF    🅐PDF

ACTION REQUIRED BY THE JUDGE OF THE DISTRICT COURT

---

**02/09/2023  [ TEXT ]**

JOURNAL ENTRY OF JUDGMENT

Document Available (#1034252897) 🗋TIFF    🅐PDF

COURT MINUTE

Document Available (#1034242460) 🗎TIFF  🅿PDF

---

**02/13/2023  [ TEXT ]**

DEFENDANTS' COMBINED RESPONSE AND MOTION TO STRIKE

Document Available (#1034242481) 🗎TIFF   🅿PDF

PLAINTIFFS' MOTION TO SUBMIT NEW EVIDENCE

---

**02/13/2023  [ TEXT ]**

DEFENDANTS' COMBINED RESPONSE AND MOTION TO STRIKE

Document Available (#1034242283) 🗎TIFF   🅿PDF

PALINTIFFS' "NEW EVIDENCE THAT SUPPORTS PLAINTIFF'S

CLAIMS AND ACTION REQUIRED BY JUDGE OF THE DISTRICT

COURT"

---

**02/13/2023  [ TEXT ]**

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S APPLICATION

Document Available (#1034243430) 🗎TIFF   🅿PDF

FOR ASSET HEARING AND DEFENDANT'S CITATION ORDER

---

**02/14/2023  [ TEXT ]**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

Document Available (#1034242316) 🗎TIFF   🅿PDF

---

**02/14/2023  [ TEXT ]**

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

Document Available (#1034243907) 🗎TIFF   🅿PDF

---

**02/16/2023  [ TEXT ]**

PLAINTIFF'S RESPONSE TO THE JUDGES COURT MINUTE DATED

Document Available (#1034244538) 🗎TIFF   🅿PDF

2/13/23

---

**02/17/2023  [ TEXT ]**

DEFENDANTS' RESPONSE TO PLAINTIFF'S (SIC) MOTION TO

Document Available (#1034214337) 🗎TIFF   🅿PDF

STRIKE DEFENDANT'S APPLICATION FOR ASSET HEARING &

DEFENDANT'S CITATION ORDER

---

**02/21/2023  [ TEXT ]**

SUPREME COURT ORDER DENYING APPLICATION

Document Available (#1034242870) 🗎TIFF   🅿PDF

---

**02/23/2023  [ TEXT ]**

MOTION TO STRIKE ALL TRIAL COURT PROCEEDINGS AFTER

Document Available (#1034242593) 🗎TIFF   🅿PDF

FEBRUARAY 09 2023 AS DEFENDANT'S DO NOT HAVE STANDING

---

**02/23/2023  [ TEXT ]**

CERTIFICATE OF MAILING

Document Available (#1034244362) 🗎TIFF   🅿PDF

COURT REPORTER FEE

Document Available (#1034243297) ☐TIFF   ☐PDF

---

**02/27/2023 [ TEXT ]**

DS/MIN 2/27/23 CIV DKT KIRKLEY: PET HAROLD & PATRICIA

Document Available (#1034242612) ☐TIFF   ☐PDF

PRICE PR; ATTY REBECCA DAVID PR FOR RESP; PLAINTIFF

REFUSE TO GIVE TESTIMONY; EXERCISING 5TH AMENDMENT;

CONTEMPT UNDER ADVISEMENT; A SANDERS REPORTING

---

**02/27/2023 [ TEXT ]**

ORDER

Document Available (#1034244344) ☐TIFF   ☐PDF

---

**02/27/2023 [ TEXT ]**

ORDER VACATING JOURNAL ENTRY OF JUDGMENT ENTERED ON

Document Available (#1034244230) ☐TIFF   ☐PDF

FEBRUARY 9, 2023

---

**02/28/2023 [ TEXT ]**

ORDER

Document Available (#1034245045) ☐TIFF   ☐PDF

---

**03/09/2023 [ TEXT ]**

PLAINTIFF'S RESPONSE TO ORDER ISSUED BY THE COURT DATED

Document Available (#1034244177) ☐TIFF   ☐PDF

2/27/23 AND FILE 2/28/23 WHICH ORDERED A HEARING FOR

3/27/23

---

**03/13/2023 [ TEXT ]**                                                     $ 200.00

PETITION IN ERROR

Document Available (#1034244877) ☐TIFF   ☐PDF

---

**03/13/2023 [ TEXT ]**

DESIGNATION OF RECORD

Document Available (#1034244643) ☐TIFF   ☐PDF

---

**03/13/2023 [ TEXT ]**

ENTRY OF APPEARANCE - PRO SE

Document Available (#1034242147) ☐TIFF   ☐PDF

---

**03/14/2023 [ TEXT ]**                                                     $ -5.00

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

AJE: COST DUE TO CARD ALLOCATION FEE                                        $ 5.00

---

**03/20/2023 [ TEXT ]**

CERTIFICATE OF APPEAL

Document Available (#1034214183) ☐TIFF   ☐PDF

---

**03/27/2023 [ TEXT ]**                                                     $ 20.00

COURT REPORTER FEE

---

DS/MIN 3/27/23 CIV DKT KIRKLEY: PET HAROLD AND PATRICIA

Document Available (#1034213452) ⃞TIFF   ⃞PDF

PRICE PR PRO SE; ATTY JOEL LACOURSE PR FOR RESP; SHOW

CAUSE HRG CONDUCTED; RULING NO GOOD CAUSE GIVEN; SEE

MO; MTN TO STRIKE DENIED; MS. PRICE GIVEN SUBPOENA IN

OPEN COURT; ASST HRG RESET 4/24/23; MR PRICE REQUEST

JURY TRIAL; SET ON JSD 9/26/23 @ 3PM; CAROL RASMUSSEN

REPORTING

---

**03/28/2023  [ TEXT ]**

COURT MINUTE - SCHE CONF SET 24 APR 2023 @9A

Document Available (#1034214409) ⃞TIFF   ⃞PDF

---

**04/03/2023  [ TEXT ]**

ORDER FROM THE SUPREME COURT

Document Available (#1034213206) ⃞TIFF   ⃞PDF

---

**04/03/2023  [ TEXT ]**

ORDER

Document Available (#1034213532) ⃞TIFF   ⃞PDF

---

**04/03/2023  [ TEXT ]**

APPLICATION FOR CHANGE OF VENUE

Document Available (#1034214232) ⃞TIFF   ⃞PDF

---

**04/05/2023  [ TEXT ]**

TRANSCRIPT OF PROCEEDINGS HAD ON THE 27TH DAY OF MARCH,

2023 BEFORE THE HONORABLE DOUGLAS KIRKLEY (FILED NOT

SCANNED)

---

**04/10/2023  [ TEXT ]**

AMENDED PETITION IN ERROR

Document Available (#1034213231) ⃞TIFF   ⃞PDF

---

**04/17/2023  [ TEXT ]**

OBJECTION TO PLAINTIFFS' APPLICATION TO TRANSFER VENUE

Document Available (#1034213780) ⃞TIFF   ⃞PDF

---

**04/20/2023  [ TEXT ]**

ORDER (CHANGE OF VENUE DENIED)

Document Available (#1034213257) ⃞TIFF   ⃞PDF

---

**04/21/2023  [ TEXT ]**

ORDER FROM THE SUPREME COURT

Document Available (#1034214287) ⃞TIFF   ⃞PDF

---

**04/21/2023  [ TEXT ]**

PETITION FOR CERTIORARI CERTIFIED INTERLOCUTORY ORDER

Document Available (#1034213477) ⃞TIFF   ⃞PDF

---

**04/24/2023  [ TEXT ]**

DS/MIN 4/24/23 CIV DKT KIRKLEY: HAROLD PRICE AND

FOR RESP; MS. PRICE REFUSES TO ANSWER OR PRODUCE;

CONTEMPT; COURT REPORTER NOT NEEDED; JSD 9/26/23 @ 3PM

## 04/24/2023  [ TEXT ]

AFFIRMED (OPINION BY BARBARA G SWINTON, JUDGE)
Document Available (#1034212708) ⃞TIFF   ⃞PDF

## 04/27/2023  [ TEXT ]

APPLICATION FOR CHANGE OF VENUE FROM STATE COURT OF
Document Available (#1034214153) ⃞TIFF   ⃞PDF

OKLAHOMA TO UNITED STATES DISTRICT COURT EASTERN

DISTRICT OF OKLAHOMA

## 05/03/2023  [ TEXT ]

RESPONSE TO PETITION IN ERROR
Document Available (#1034213388) ⃞TIFF   ⃞PDF

## 05/03/2023  [ TEXT ]

COUNTER-DESIGNATION OF RECORD FOR APPEAL FROM DISTRICT
Document Available (#1034214276) ⃞TIFF   ⃞PDF

COURT

## 05/08/2023  [ TEXT ]

AMENDED PETITION FOR CERTIORARI
Document Available (#1034213430) ⃞TIFF   ⃞PDF

## 05/10/2023  [ TEXT ]

OPINION AND ORDER (FROM EASTERN DISTRICT COURT OF
Document Available (#1034214465) ⃞TIFF   ⃞PDF

OKLAHOMA - REMANDING CASE TO DISTRICT COURT OF WAGONER

COUNTY)

## 05/23/2023  [ TEXT ]

APPELLEES' RESPONSE TO APPELLANTS' PETITION FOR
Document Available (#1034213433) ⃞TIFF   ⃞PDF

CERTIORARI CERTIFIED INTERLOCUTORY ORDER

## 06/22/2023  [ TEXT ]

ORDER FROM SUPREME COURT OF THE STATE OF OKLAHOMA
Document Available (#1034214600) ⃞TIFF   ⃞PDF

## 06/26/2023  [ TEXT ]

NOTICE OF COMPLETION OF RECORD FOR APPEAL FROM DISTRICT
Document Available (#1034212848) ⃞TIFF   ⃞PDF

COURT

## 08/23/2023  [ TEXT ]

BRIEF IN CHIEF (IN FILE, NOT SCANNED)
Document Available (#1034195233) ⃞TIFF   ⃞PDF

APPELLEES' BRIEF IN CHIEF (IN FILE, NOT SCANNED)

Document Available (#1034188241) ⬙TIFF   ⬙PDF

| | |
|---|---|
| **09/26/2023  [ TEXT ]** | $ 20.00 |

COURT REPORTER FEE

| | |
|---|---|
| **09/26/2023  [ TEXT ]** | $ 349.00 |

JURY TRIAL FEE

| | |
|---|---|
| **09/27/2023  [ TEXT ]** | $ -8.73 |

AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED

| | |
|---|---|
| AJE: COST DUE TO CARD ALLOCATION FEE | $ 8.73 |

**09/28/2023  [ TEXT ]**

DS/MIN 9/26/23 JSD KIRKLEY: HAROLD AND PATRICIA PRICE

APPEAR PRO SE; ATTY JOEL LACOURSE APPEARS FOR RESP; SET

JT 10/25/23 @ 1PM

**10/02/2023  [ TEXT ]**

MOTION TO VACATE CONTEMPT CHARGES AS THE TRIAL COURT

Document Available (#1034203206) ⬙TIFF   ⬙PDF

USED THE WRONG STATUTE, 12-842C DOES NOT APPLY TO

EXISTING LITIGATION 21 O.S. 567 IS THE CONTRILLING

STATUTE

**10/05/2023  [ TEXT ]**

REQUEST FOR TRANSMITTAL FROM OK SUPREME COURT

Document Available (#1034204419) ⬙TIFF   ⬙PDF

**10/10/2023  [ TEXT ]**

TRANSCRIPT OF PROCEEDINGS HAD ON THE 27TH DAY OF

FEBRUARY, 2023 BEFORE THE HONORABLE DOUGLAS KIRKLEY

(FILED NOT SCANNED)

**10/16/2023  [ TEXT ]**

CERT MAIL RETURN RECEIPT - RECEIVED 10/10/23 BY CLERK

Document Available (#1034197053) ⬙TIFF   ⬙PDF

OF THE APPELLATE COURTS

**10/18/2023  [ TEXT ]**

DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Document Available (#1034211442) ⬙TIFF   ⬙PDF

**10/24/2023  [ TEXT ]**

DS/MIN 10/24/23 JT DOCKET: PASSED TO JSD 1/9/24 @ 3PM

**12/08/2023  [ TEXT ]**

DEFENDANT/COUNTERCLAIMANTS' MOTION TO SUBSTITUTE PARTY

Document Available (#1043033036) ⬙TIFF   ⬙PDF

| TEXT |

ORDER GRANTING DEFENDANT/COUNTERCLAIMANTS' MOTION TO SUBSTITUTE PARTY
Document Available (#1045340131) 🗋TIFF    📄PDF